### 24844.  BONNETT v. THE STATE.

MacINTYRE, J.  1. The record discloses that the evidence for the State, if credible, was sufficient to support the verdict; and the jury being the judges of the weight of the evidence, this court can not disturb the judgment refusing a new trial.

2. The exceptions to the charge of the court are not meritorious.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED NOVEMBER 13, 1935.

*H. B. Strange, J. M. Murphy,* for plaintiff in error.
*W. G. Neville, solicitor-general,* contra.